AO 91 (Rev 8/01)   Criminal Complaint

# United States District Court

**SOUTHERN**   DISTRICT OF   **TEXAS**

McALLEN DIVISION

UNITED STATES OF AMERICA
V.
Cristian Eduardo Ramirez-Pintado

United States District Court
Southern District of Texas
FILED
JAN 29 2016
Clerk of Court

**CRIMINAL COMPLAINT**

Case Number:   M-16-0155-M

IAE   YOB:   1979
the United Mexican States
(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about **January 28, 2016** in **Starr** County, in the **Southern** District of **Texas**

(Track Statutory Language of Offense)

being then and there an alien who had previously been deported from the United States to the United Mexican States in pursuance of law, and thereafter was found near La Grulla, Texas, within the Southern District of Texas, the Attorney General of the United States and/or the Secretary of Homeland Security, not theretofore having consented to a reapplication by the defendant for admission into the United States;

in violation of Title **8** United States Code, Section(s) **1326 (Felony)**

I further state that I am a(n) **Senior Patrol Agent** and that this complaint is based on the following facts:

Cristian Eduardo Ramirez-Pintado was encountered by Border Patrol Agents near La Grulla, Texas on January 28, 2016. The investigating agent established that the Defendant was an undocumented alien and requested record checks. The Defendant claims to have illegally entered the United States on January 27, 2016, near Rio Grande City, Texas. Record checks revealed the Defendant was formally Deported/Excluded from the United States on April 04, 2006, through Nogales, Arizona. Prior to Deportation/Exclusion the Defendant was instructed not to return to the United States without permission from the U.S. Attorney General and/or the Secretary of Homeland Security. On June 26, 2000, the Defendant was convicted of Distribution/Offer/Arrange to Distribute C/SDR and sentenced to one (1) year confinement.

Approved by
Robert ...

Continued on the attached sheet and made a part of this complaint:   ☐ Yes   ☒ No

Signature of Complainant

Sworn to before me and subscribed in my presence,

**January 29, 2016**

Michael Chandler

**Dorina Ramos**, U.S. Magistrate Judge
Name and Title of Judicial Officer

Signature of Judicial Officer